Case 07-00448   Doc 60   Filed 08/17/10   Entered 08/17/10 16:36:56   Desc Main
Document   Page 1 of 1

**DIVIDENDS REMITTED TO THE COURT**

Case Number 07-00448 - BODDE, LAUNA KAY

FILED

AUG 17 2010

CLERK
U.S. BANKRUPTCY

By _____
Deputy Clerk

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Cornerstone Credit Services** | 000004 | 84.97 | 4.56 |
| **P.O. Box 92090** | | | |
| **Anchorage, AK 99509-2090** | | | |
| (4-1) Re Services Performed | | | |
| ---------- Remittance Total ---------- | | 84.97 | 4.56 |

WILLIAM M. BARSTOW, Trustee

RECEIPT # 21178

FEE AMT 4.56   INT 19